**Sarabjit SINGH, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 06–71386.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Decided Dec. 14, 2009.

Jeffrey Martins, Esq., Law Offices of Jeffrey Martins, San Francisco, CA, for Petitioner.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Marion E. Guyton, Esq., DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Sarabjit Singh, a native and citizen of India, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") decision denying his motion for a continuance. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion the denial of a motion for a continuance, *Baires v. INS,* 856 F.2d 89, 91 (9th Cir. 1988), we deny the petition for review.

The IJ did not abuse her discretion in denying Singh's motion for a continuance where he claimed he was tired and could not testify properly. *See* 8 C.F.R. § 1003.29 (IJ may grant a motion for continuance for good cause); *Baires,* 856 F.2d at 91.

It follows that Singh's due process claim fails. *See Lata v. INS,* 204 F.3d 1241, 1246 (9th Cir.2000) (requiring error for a petitioner to prevail on a due process claim).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.